UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23072-BLOOM/Torres

MARK SCHLANGEL,

    Plaintiff,

v.

ALLSTATE FIRE & CASUALTY
INSURANCE CO.,

    Defendant.

_____/

### ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  In the Court's Order on Motion to Dismiss Count II and Count III of Plaintiff's Complaint, ECF No. [26], the Court ordered Defendant Allstate Fire & Casualty Insurance Company ("Defendant") to file an Answer to Count I of Plaintiff's Complaint by January 2, 2024.  The record reflects that Defendant filed its Answer to Count I. *See* ECF No. [10].  Therefore, no further Answer is necessary.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on December 15, 2023.

*[signature]*

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record